

**FILED**

0̶6̶/̶2̶8̶/̶2̶0̶2̶2̶
05/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Form 4(6)
Case Number: DA 22-0212

Name

Louis Ted Caye, #3004959

700 Conley Lake Rd

Deer Lodge, Montana  59722

City             State             Zip

*[e-mail address]*

Pro Se Litigant

*[Designation of party]*

FILED

APR 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____

*[to be assigned by Clerk of Supreme Court]*

LOUIS TED CAYE, _____,

             Appellant, -Defendent

v.

STATE OF MONTANA, _____,

             Appellee. -Plaintiff.

**PETITION FOR
AN OUT-OF-TIME
APPEAL**

From DC-19-314, 2nd Jud. Court.

*[To ask the Court to allow you to file an out-of-time appeal, give the reasons why the appeal was not timely filed. State in the petition or supporting affidavit the issues you wish to raise on appeal and explain in detail the reasons that you did not file a timely appeal. Give only true and accurate explanations that support your petition. Include a copy of the final order or judgment from which you wish to appeal. M. R. App.P. 4(6)]*

I petition the Court to allow me to file an out-of-time appeal for the following reason: [Check one]

☐ I improperly filed a timely Notice of Appeal only with the District Court, as more fully explained below.

© Montana Supreme Court

OUT-OF-TIME APPEAL
PAGE 1 OF 4

☒ I discussed filing a timely appeal with my attorney, but he or she failed to file it for me, as more fully explained below.

☐ I failed to file the Notice of Appeal for the following reason:

I requested that the appointed attorney file a Notice of Appeal, before and after I was convicted/ sentenced. The appointed attorney's refused to go to trial, and falsely stated what was going to happen to me. I told them repeatedly, that the three men jumped me as I was walking down the sidewalk. The man who instigated the assault on me admitted that he was on top of me during the assault and that I was being kicked by one of the others. The attorney I asked for the appeal, staed it violated his ethics to allow me to plead innocence, even though the evidence used against me was meritless. I thought he filed a appeal, but he did not, I beg the court to allow my appeal. I was denied counsel because because I am a native american, and these three men who attacked me are white.

☒ Attached as Exhibit "A," a copy of the judgment or order from which I wish to appeal.

As legal authority for filing an out-of-time appeal, I cite the following which supports this petition:

\* I cite my Actual Innocence under Schlup v Delo, 513 US 298, 115 S.Ct 851,861(1995); State v Clark, 2005 MT 330; and Marble v State, 2015 MT 242.
\* I cite Murray v Carrier, 477 US 478,106 S.Ct. 2639,2649(1986);'Miscarriage of Justice'.
\* I cite Strickland v Washington, 466 US 668,687,104 S.Ct.2052(1984), for the violation to my right to effective assistance of counsel; U.S. v Cronic, 466 US 648,659, 104 S.Ct 2039(1984), the Sixth Amendment, the confrontation Clause violation of counsels abandonment of me, see Davis v Alaska, 415 US 308,316-21; and the Fourteenth Amendment right to Due Process; Mickens v Taylor, 535 US 162,170-71, 122 S.Ct 1237(2002) "Counsel had a conflict of interest which materially compromised the defense". I have the right to self defense, when attacked by larger adversaries.

DATED this __18th__ day of __April__, 20__22__.



X *Louis Ted Caye*
[Signature]

Louis Ted Caye
[Print name]

## VERIFICATION UPON OATH OR AFFIRMATION

STATE OF MONTANA        )
                        :  ss.
County of _Butte Silver Bow_ )

I swear that everything stated in this petition is true and correct to the best of my knowledge.

DATED this __18th__ day of __April__, 20__22__.

X *Louis Ted Caye*
[Signature]

Louis Ted Caye
[Print name]

Signed and sworn to or affirmed before me on this date by

_Louis Ted Caye_.

[Seal]

*Clarence Martin*
[Signature of Notary Public]
_Clarence Martin Jr_
[Typed or printed name]

_____
[Title]
_Deer Lodge MT_
[Residing at]
My Commission expires: _May 7th 2023_.


CLARENCE MARTIN, JR.
NOTARY PUBLIC for the
State of Montana
Residing at Deer Lodge, Montana
My Commission Expires
May 07, 2023

# CERTIFICATE OF SERVICE

I certify that I have filed a copy of this **Petition for an Out-of-Time Appeal** with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any party not represented by counsel as follows:

From Cause No: DC-19-314

Kelli j. Fivey- Deputy
Butte Silver-Bow County Attorney
_____

*[Name of opposing counsel]*
155 West Granite St
Butte, MT    59701
_____

_____

*[Address]*

Counsel for _____ State of Montana _____

_____

*[Other party representing himself or herself]*

MT Attorney General
_____

P.O. Box 201401/ Helena, MT 59620
_____

*[Address]*

DATED this __18th__ day of ___April_____, 20__22__.



X _____
   *[Name]*

   __Louis Ted Caye_____
   *[Print name]*